E-FILED

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | CV 16-2352-GHK (JCx) | Date | September 2, 2016 |
|---|---|---|---|
| Title | Peter Menzel v. Trendland, LLC, et al. | | |

**Presiding: The Honorable**  GEORGE H. KING, U. S. DISTRICT JUDGE

| Paul Songco | N/A | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs:  Attorneys Present for Defendants:

None  None

**Proceedings:** (In Chambers) Order to Show Cause

Review of the docket in the above-captioned action indicates that Defendant Trendland, LLC has not been timely served. *See* Fed. R. Civ. P. 4(m) (requiring service of defendants within 90 days of filing). Accordingly, Plaintiff is **ORDERED** to show cause, in writing, **within 14 days hereof**, why this action should not be dismissed without prejudice for failure to effect timely service. Failure to timely and adequately show cause will be deemed Plaintiff's abandonment of this action, and his claims against Defendant will be dismissed, without prejudice, for failure to prosecute and failure to comply with our Order.

**IT IS SO ORDERED.**

-- : --

Initials of Deputy Clerk  ps